# JS-6

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CENTAURUS FINANCIAL, INC., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOMELAND INSURANCE COMPANY OF NEW YORK, a New York Corporation,<br><br>　　　　　Defendant. | Case No. 8:21-cv-01535-CJC-KES<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: September 20, 2021<br>Trial Date: None Set |

　　Upon review of the Joint Stipulation For Dismissal With Prejudice, **IT IS HEREBY ORDERED** that: (a) the action is hereby dismissed **WITH PREJUDICE** as to all claims; (b) no award of attorneys' fees or costs, or of expert fees or costs is made in favor of either Plaintiff Centaurus Financial, Inc. ("Centaurus" or "Plaintiff") or Defendant Homeland Insurance Company of New York ("Homeland") in this matter; and (c) the Court shall retain continuing exclusive

///

jurisdiction to enforce the terms of the Confidential Settlement Agreement And Release.

**IT IS SO ORDERED.**

Dated: January 31, 2022

_____
Hon. Cormac J. Carney